# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130613

AMOS WELLS,
       Plaintiff-Appellee,

v

COUNTY OF BAY,
       Defendant-Appellant.

SC: 130613
COA: 257610
Bay CC: 02-004063-CL

_____

## AMENDMENT TO ORDER

On order of the Court, the order of May 30, 2006 is amended to correct the caption to reflect that the appellant in this Court is the defendant County of Bay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk